# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEADRIN CARTER,<br><br>               Plaintiff<br><br>  v.<br><br>WASHOE COUNTY DETENTION CENTER,<br><br>               Defendant | Case No.  3:24-cv-00487-ART-CLB<br><br>**ORDER** |

On October 23, 2024, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), filed an application to proceed *in forma pauperis* (ECF No. 1) in this matter but did not submit a complaint.

Under Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.   As such, the Court grants Plaintiff **until November 22, 2024**, to submit a complaint to this Court.

For the foregoing reasons, it is ordered that Plaintiff will submit a complaint to this Court on or before **November 22, 2024**.

It is further ordered that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complaint and a complete application to proceed *in forma pauperis* or pay the required filing fee.

DATED:  October 28, 2024

_____
UNITED STATES MAGISTRATE JUDGE