UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEADRIN CARTER,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>WASHOE COUNTY DETENTION CENTER, et al.,<br><br>　　　　　　Defendants | Case No. 3:24-cv-00487-ART-CLB<br><br>**ORDER** |

　　On June 5, 2025, the Court issued a screening order and granted Plaintiff 30 days to file an amended complaint, or the Court would dismiss the case without prejudice for failure to state a claim. (ECF No. 13 at 9). On June 26, 2025, Plaintiff submitted a motion for an extension of time to file an amended complaint for another 45 days because he just received a pacemaker and has been in and out of the hospital. (ECF No. 14).

　　The Court grants the motion for an extension of time. Plaintiff will file the amended complaint on or before August 21, 2025. If Plaintiff chooses not to file an amended complaint, this case will be dismissed. (*See* ECF No. 13 at 9).

　　For the foregoing reasons, **IT IS ORDERED** that the motion for extension of time (ECF No. 14) is **GRANTED**. Plaintiff will file his amended complaint on or before August 21, 2025.

　　**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely file his amended complaint, this action will be dismissed without prejudice.

　　**IT IS SO ORDERED.**

　　**DATED**: July 7, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**