UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEADRIN CARTER,<br><br>　　　　　　　　　　Plaintiff<br><br>　　v.<br><br>WASHOE COUNTY DETENTION CENTER, et al.,<br><br>　　　　　　　　　　Defendants | Case No. 3:24-cv-00487-ART-CLB<br><br>ORDER |

On June 5, 2025, the Court issued a screening order and granted Plaintiff 30 days to file an amended complaint, or the Court would dismiss the case without prejudice for failure to state a claim. (ECF No. 13 at 9). Due to Plaintiff's medical issues, the Court granted Plaintiff an extension of time to file an amended complaint on or before August 21, 2025. (ECF No. 15).

Plaintiff now moves for a 90-day extension of time because he underestimated the severity of his heart condition. (ECF No. 16). Plaintiff seeks 90 days to try to find counsel or to give himself time to finish his amended complaint. (*Id*.)

The Court grants the motion in part for an extension of time. Plaintiff will file the amended complaint on or before October 31, 2025. If Plaintiff chooses not to file an amended complaint, this case will be dismissed. (See ECF No. 13 at 9).

For the foregoing reasons, **IT IS ORDERED** that the motion for extension of time (ECF No. 16) is **GRANTED in part**. Plaintiff will file his amended complaint on or before October 31, 2025.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely file his amended complaint, this action will be dismissed without prejudice.

DATED: August 28, 2025.

_____
UNITED STATES MAGISTRATE JUDGE