BRANDON PRICE
Deputy District Attorney
Nevada State Bar Number 11686
One South Sierra Street
Reno, NV  89501
brprice@da.washoecounty.gov
(775) 337-5700
ATTORNEY FOR DEPUTY ELKINS AND
DEPUTY GOULD

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

DEADRIN CARTER,

     Plaintiff,

     vs.

WASHOE COUNTY DETENTION
CENTER, *et al*.

     Defendants.
_____/

Case No.  3:24-cv-00487-ART-CSD

**SUBSTITUTION OF COUNSEL**

Defendants Deputy Elkins and Deputy Gould ("County Defendants"), by and through their counsel, hereby notify the Court, the Plaintiff, and Plaintiff's counsel that Deputy District Attorney Brandon Price substitutes in as legal counsel for County Defendants in place of Deputy District Attorney Lindsay Liddell.  It is requested that all communications and e-filing notices in this case be directed to Mr. Price at Washoe County District Attorney's Office, One South Sierra Street, Reno, NV 89501; brprice@da.washoecounty.gov.

Dated this 22nd day of April, 2026.

By    /s/ *Brandon Price*   
BRANDON PRICE
Deputy District Attorney
One South Sierra Street
Reno, NV  89501
brprice@da.washoecounty.gov
(775) 337-5700

ATTORNEY FOR DEPUTY ELKINS AND
DEPUTY GOULD

IT IS SO ORDERED.

DATED:  April 23, 2026.

_____
Craig S. Denney
United States Magistrate Judge