**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEADRIN CARTER,<br><br>                              Plaintiff,<br><br>     v.<br><br>WASHOE COUNTY DETENTION<br>CENTER, *et al.*,<br><br>                              Defendants. | 3:24-cv-00487-ART-CSD<br><br>**ORDER**<br><br>Re: ECF No. 40 |

Before the court is Plaintiff's Motion to Enlarge Time to Serve Defendants "Nurse Candie," Sgt. Gallaire," and "Nurse Sandra." (ECF No. 40.)

Good cause appearing, Plaintiff's Motion to Enlarge Time to Serve Defendants "Nurse Candie," Sgt. Gallaire," and "Nurse Sandra" (ECF No. 40) is **GRANTED** to the extent that Plaintiff shall have to and including **Friday, July 31, 2026**, in which to effect service on each of these Defendants.

DATED: June 15, 2026.

_____
CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE

1